Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

FILED
CLERK, U.S. DISTRICT COURT

APR - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AUBREY JOHN BRYANT,

                    Petitioner,

          v.

JAMES YATES, WARDEN,

                    Respondents.

CASE NO. CV 07-3757-GHK (PJW)

ORDER ACCEPTING FINAL REPORT AND
ADOPTING FINDINGS, CONCLUSIONS,
AND RECOMMENDATIONS OF UNITED
STATES MAGISTRATE JUDGE

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Final Report and Recommendation of United States Magistrate Judge and has considered *de novo* the portions of the Report as to which objections have been filed.  The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions.

     DATED:     4/8/08          .



                                   _____
                                   GEORGE H. KING
                                   UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\BRYANT, A 3757\Order accep r&r.wpd