```
Priority    ✓
Send        ✓
Enter       ___
Closed      ✓
JS-5/JS-6   ✓
JS-2/JS-3   ___
Scan Only   ___
```

FILED
CLERK, U.S. DISTRICT COURT
APR - 9 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUBREY JOHN BRYANT,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES YATES, WARDEN,<br><br>    Respondent. | Case No. CV 07-3757-GHK (PJW)<br><br>J U D G M E N T |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  4/8/08 .

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\BRYANT, A 3757\Judgment.wpd